200 P.3d 1147

# SUPREME COURT OF HAWAI'I

Bank of Hawaii v. Shinn . . . . . . . . . 27832     02/17/2009   Denied      120 Hawai'i 1, 200 P.3d 370